## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA (Mobile)

IN RE:                               *   CHAPTER 13
JULIAN M. BRYANT                     *
                                     *     CASE NO. 10-03195-WSS13
                                     *
ON MOTION OF:                        *
RESURGENT CAPITAL SERVICES  *

## ORDER ON OBJECTION TO CLAIM

This matter is before the Court on the objection of the Debtor to Claim #10 in the amount of $8,227.33 filed by Resurgent Capital Services. Proper notice of the hearing was given.

Based on the consent of the parties it is ORDERED that the objection to Claim # 10 filed by Resurgent Capital Services is hereby granted and said Claim # 10 filed by Resurgent Capital Services is hereby reduced and allowed in the amount of $3,500.00.

Dated:    February 25, 2011

_William S. Shulman_
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE